UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

CATHERINE E. FRIERSON,                )     Civil Action No. 4:20-cv-03726-TER
                                      )
                    Plaintiff,        )
                                      )
        vs.                           )
                                      )
Kilolo Kijakazi,                      )
Acting Commissioner of the Social Security )
Administration,[1]                     )
                                      )
                    Defendant.        )

### **ORDER**

Upon consideration of Defendant's Motion to Remand, consented to by Plaintiff's counsel, it is hereby ORDERED that this action is remanded to the Defendant for further administrative proceedings.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

s/ Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

August 30, 2021
Florence, South Carolina

---

[1] Recently, Kilolo Kijakazi became the Acting Commissioner of Social Security. Pursuant to Fed. R. Civ. P. 25(d), she is automatically substituted for Defendant Andrew Saul who was the Commissioner of Social Security when this action was filed.