AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |  |
|---|---|---|---|
| Catherine E. Frierson | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 4:20-cv-3726-TER |
| Commissioner of the Social Security Administration | ) | | |
| *Defendant* | ) | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: This action is remanded to the Defendant for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Thomas E. Rogers,  United States Magistrate Judge, who granted Defendant's Motion to Remand.

Date:    August 30, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance

_____
*Signature of Clerk or Deputy Clerk*